UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Osirus Gerald**                                              **Docket No. 5:12-CR-371-1BO**

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Osirus Gerald , who, upon an earlier plea of guilty to one count of Conspiracy to Pass and Transfer Counterfeit Obligations of the United States, two counts of Transfer of Counterfeit Obligations of the United States, and two counts of Passing Counterfeit Obligations of the United States and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on May 23, 2013, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Osirus Gerald was released from custody on March 31, 2015, at which time the term of supervised release commenced in the Eastern District of New York.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 21, 2016, the defendant submitted a urine specimen which was tested and confirmed positive for marijuana. The defendant admitted to the probation officer that he had smoked a marijuana laced cigarette. While the defendant stated this was an isolated incident, he is willing to participate in drug treatment as directed by the probation officer. As such, it is recommended the conditions of supervised release be modified to include participation in an outpatient drug treatment program approved by the U.S. Probation Department, as well as contributing to the cost of such treatment as determined by the probation office. The defendant has also agreed to abstain from any alcohol or other intoxicants during and after treatment, unless granted a prescription by a licensed physician and proof is provided to the probation office. Additionally, the defendant has agreed to submit to testing during and after treatment to ensure abstinence from drugs and alcohol. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in an outpatient drug treatment program approved by the US. Probation Department. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the Probation Department's Sliding Scale for Substance Abuse Treatment Services, and shall cooperate in securing any applicable third party payment, such as insurance or Medicaid. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay. The defendant shall not consume any alcohol or other intoxicants during and after treatment, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department. The defendant shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol.

Osirus Gerald
Docket No. 5:12-CR-371-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: June 6, 2016

### ORDER OF THE COURT

Considered and ordered this ____6____ day of ____June____, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge